UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FRANEY,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. EDCV12-0040 VAP (AN)<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED THAT this action is summarily dismissed because the Court lacks jurisdiction for the reasons stated in its related Order.

DATED: March 16, 2012

                                              VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE