ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY  Shy              DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FRANEY, | Case No. EDCV12-0040 VAP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed because the Court lacks jurisdiction for the reasons stated in its related Order.

DATED: March 16, 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE